UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARTHA BELTON,        )<br>                                      )<br>            Plaintiff,       )<br>                                      )<br>      v.                          )<br>                                      )<br>ANDREW M. SAUL, Commissioner of Social )<br>Security,                      )<br>            Defendant.    ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-211-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 18] is GRANTED and defendant's motion for summary judgment [DE 20] is DENIED. The Commissioner's decision is REMANDED for further proceedings consistent with the foregoing.

**This Judgment Filed and Entered on June 24, 2021, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:                                           PETER A. MOORE, JR., CLERK
June 24, 2021                           (By) /s/ Nicole Sellers
                                                              Deputy Clerk